**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EYP, LTD., a Cayman Islands limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CRYSTAL SKY ENTERTAINMENT LLC, a California limited liability company; STEVEN PAUL, an individual; and Does 1-50,<br><br>Defendants. | Case No. 10-cv-3206 (BSJ)<br><br>**NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE** |

Plaintiff EYP, Ltd. hereby dismisses this action with prejudice pursuant to FRCP Rule 41(a).

Dated: November 2, 2010

Respectfully submitted,

Gregory Levine (GL 9133)
230 Park Avenue, 10th Floor
New York, New York 10169
(212) 213-1285
(212) 658-9612 (fax)
glevine@ivp-ny.com

Jay M. Spillane
Jeffrey K. Logan
SPILLANE WEINGARTEN LLP
1100 Glendon Avenue, Suite 1200
Los Angeles, CA 90024-3516
(310) 229-9300
(310) 229-9380 (fax)
jspillane@spillaneweingarten.com

Attorneys for Plaintiff EYP, Ltd.